# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

THERESA HOWARD,

    Plaintiff

v.

IMI MIRACLE MALL, LLC, et al.,

    Defendants

Case No.: 2:24-cv-01385-APG-EJY

**Order Striking Certificates of Interested Parties**

    I ORDER that defendant IMI Miracle Mall, LLC's certificate of interested parties (ECF No. 4) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2). The certificate does not identify IMI's citizenship as required by the amendment to that rule.

    I FURTHER ORDER that plaintiff Theresa Howard's certificate of interested parties (ECF No. 6) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2). The certificate does not fully identify the plaintiff's citizenship as required by the amendment to that rule.

    I FURTHER ORDER these parties to file a proper certificate of interested parties by August 15, 2024.

    DATED this 31st day of July, 2024.

 

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE