**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THERESA HOWARD,<br><br>    Plaintiff<br><br>v.<br><br>IMI MIRACLE MALL LLC, et al.,<br><br>    Defendants | Case No.: 2:24-cv-01385-APG-EJY<br><br>**Order Striking Certificate of Interested Parties** |

I ORDER that defendant IMI Miracle Mall LLC's certificate of interested parties (ECF No. 10) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2). The certificate does not identify the citizenship of defendant IMI Miracle Mall LLC as required by the amendment to that rule. Because IMI is a limited liability company, IMI must identify the citizenship of each of its members. *See Johnson v. Columbia Properties Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006) (stating that "an LLC is a citizen of every state of which its owners/members are citizens").

I FURTHER ORDER defendant IMI Miracle Mall LLC to file a proper certificate of interested parties by August 30, 2024.

DATED this 16th day of August, 2024.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE