**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THERESA HOWARD, | Case No.: 2:24-cv-01385-APG-EJY |
| Plaintiff | **Order Remanding Case for Lack of Subject Matter Jurisdiction** |
| v. | |
| IMI MIRACLE MALL, LLC, et al., | |
| Defendants | |

Defendant IMI Miracle Mall, LLC removed this case from state court based on diversity jurisdiction. ECF No. 1. However, IMI did not identify the citizenship of each of its members. *See Johnson v. Columbia Properties Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006) (stating that "an LLC is a citizen of every state of which its owners/members are citizens"). It also did not identify the citizenship of each of the members of defendant PHWLV, LLC. I therefore ordered defendant IMI to show cause why this action should not be remanded for lack of subject matter jurisdiction because I could not determine if complete diversity existed. ECF No. 7. I advised IMI that if it did not respond to my order to show cause by August 22, 2024, I would remand the case to the state court from which it was removed. *Id.* at 1. IMI did not respond.

I THEREFORE ORDER that this case is remanded to the state court from which it was removed for all further proceedings. The clerk of court is instructed to close this case.

DATED this 23rd day of August, 2024.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE